## EX PARTE BARNETT.

(Decided Jan. 2nd, 1908.)

Original petition in Supreme Court.
B. T. PHILLIPS, for petitioner.
ALBERT E. BARNETT, pro se.
Affirmed.   Per curiam.

---

## BISHOP, ET AL., V. McKAY, ET AL.

(Decided Feb. 6th, 1908.)

APPEAL from Talladega City Court.
Heard before Hon. G. K. MILLER.
KNOX, DIXON & BURR, and CABANISS & BOWIE, for appellant.
WHITSON & HARRISON, for appellee.
Dismissed by agreement.   Per curiam.

---

## BOX V. THE STATE.

(Decided Feb. 13th, 1908.

APPEAL from Houston Circuit Court.
Heard before Hon. H. A. PEARCE.
No counsel marked for appellant.
ALEXANDER M. GARBER, Attorney General, for the State.
Affirmed.   Opinion by DENSON, J.

---

## DINKINS V. THE STATE.

(Decided Jan. 16th, 1908.)

APPEAL from Montgomery City Court.
Heard before Hon. W. H. THOMAS.
No counsel marked for appellant.
ALEXANDER M. GARBER, Attorney General, for the State.
Affirmed.   Opinion by TYSON, C. J.